**Debra Ann WALCK, Respondent,**

v.

**Lawrence Anthony WALCK, Appellant.**

**No. 46620.**

Missouri Court of Appeals,
Eastern District,
Division Three.

April 3, 1984.

Robert Michael Shea, St. Charles, for appellant.

Thomas P. Howe, Clayton, for respondent.

### ORDER

PER CURIAM.

Lawrence Anthony Walck appeals from the denial of his motion to set aside or vacate a decree of dissolution entered by default. Appellant's "motion to sustain and reverse" is denied. Respondent's motion to dismiss appeal is also denied. The order of the trial court is affirmed. Rule 84.16(b).